## CAMERON COUNTY COMMISSIONERS COURT
## CIVIL LEGAL DIVISION



C. Douglas Wright
Dylbia L. Jefferies Vega
John A. Olson
Attorneys

964 E. Harrison Street
Brownsville, Texas 78520
Telephone: (956) 550-1345



United States District Court
Michael N. Milby
Clerk of Court
550-0880
550-1340
550-1448

18 June 2004

Mr. Butch Barbosa
U.S. District Clerk
600 E. Harrison St., Ste 101
City 78520

United States District Court
Southern District of Texas
FILED

JUL 07 2004

Michael N. Milby
Clerk of Court

RE: Cause No. B-03-236
James Robert Puryear,
*qui tam, el rel.* United States of America
v. Texas State Court Order Cause No. 2002-11-4528-E
and Texas OAG # 0010001441

```
                                              Apr. 29 2004 04:00PM

                           YOUR LOGO    : De Pau Enterprises
                           YOUR FAX NO. : 956-544-5390

NO.  OTHER FACSIMILE    START TIME       USAGE TIME   MODE   PAGES   RESULT
01   *675501348         Apr. 29 03:59PM  01'12        SND    02      OK
```

4. Proving service by fax. To prove the date of service by fax, a party can introduce the transmission

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JAMES ROBERT PURYEAR, QUI TAM         CASE NO.
EX REL: UNITED STATES OF AMERICA      B-03-236

V

- TX STATE COURT ORDER
CAUSE: 2002.11.4528 E
- OAG: FILE # 0010001441

··· MOTION TO WITHDRAW ···

- NOW, COMES JAMES R. PURYEAR, PRO SE, AND MOTIONS THIS HONORABLE TRIBUNAL TO WITHDRAW CAMERON COUNTY SHERIFF CONRADO M. CANTU

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
RECEIVED
2004 MAY 24 PM 4:38
MICHAEL N. MILBY, CLERK

YOUR LOGO : De Pau Enterprises
YOUR FAX NO. : 956-544-5390

| NO. | OTHER FACSIMILE | START TIME | USAGE TIME | MODE | PAGES | RESULT |
|---|---|---|---|---|---|---|
| 01 | *675501348 | Apr. 29 03:59PM | 01'12 | SND | 02 | OK |

4. Proving service by fax. To prove the date of service by fax, a party can introduce the transmission

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JAMES ROBERT PURYEAR, QUI TAM
EX REL: UNITED STATES OF AMERICA

CASE NO. B-03-236

V

- TX STATE COURT ORDER
CAUSE: 2002-11-4528-E
- OAG: FILE # 0010001441

... MOTION TO WITHDRAW ...

- Now, comes JAMES R. PURYEAR, PRO SE, AND MOTIONS THIS HONORABLE TRIBUNAL TO WITHDRAW CAMERON COUNTY SHERIFF CONRADO M. CANTU NAME(S) AS DEFENDANT IN THIS INSTANT CASE.

- THE VALID REASON (CAUSE) BEING, THAT THE 'WORD' "DEFENDANT" APPEARED ON THE ONLY FORM AVAILABLE IN THE CLERK'S OFFICE AND THAT (TO: NAME AND ADDRESS OF DEFENDANT) COULD NOT BE "WHITENED" OUT ON THIS FORM, AS PER CLERK'S INSTRUCTION AT THE TIME OF FILING.

- ONLY FOLLOWING INSTRUCTION OF THE CLERK.

- ALTHOUGH AND MOST RELEVANT — THE COMPLAINT SPECIFICALLY NAMED WHAT (WHO) THE DEFENDANT(S) ARE AND THIS DID NOT INCLUDE SHERIFF

RESPECTFULLY SUBMITTED
James Puryear
P.O. Box 8976

United States District Court
JUL 07 2004
Michael N. Milby
Clerk of Court

2004 MAY 24 PM 4:38
MICHAEL N. MILBY, CLERK
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
RECEIVED

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

**SOUTHERN** DISTRICT OF **TEXAS (BRN)**

Ex Rel QUI TAM
UNITED STATES OF AMERICA

**EXHIBIT AND WITNESS LIST**

TEXAS STATE v. COURT ORDER 2002114528E

Case Number: CIVIL ACCION B-03-236

| PRESIDING JUDGE JURISPRUDENCE JURIS TAGLEY | PLAINTIFF'S ATTORNEY PRO SE JAMES PURYEAR QUI TAM | DEFENDANT'S ATTORNEY NA |
|---|---|---|
| TRIAL DATE(S) 24 MAYO 04 | COURT REPORTER | COURTROOM DEPUTY |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| A | | | | | PRIVATE HEALTH INSURANCE • FILED BEFORE 24 JANUARY 03 |
| B | | | | | FAKE TX DRIVER LICENSE #5056654C — ASSIGNED BY ODG AND 357TH COURT |
| C | | | | | FACTS AND ALLEGACIONES • JUDICIAL INTRINSIC FRAUD ET AL |
| D | | | | | CAMERON COUNTY SHERIFF'S DEPT • LETTER: 27 FEBRERO 04 — APPEARANCES) |
| E | | | | | THE JUDGMENT TRCP 300-316 • ESSENTIALS OF A VALID ORDER — TRCP 124 NO JUDGMENT W/OUT SERVICE |
| F | | | | | • TEXAS DEPT HUMAN SERVICES — ACKNOWLEDGEMENT OF RECEIPT — DATED: 07 ENERO 03 |
| G | | | | | — DOCUMENTED PROOF OF DHHS FRAUD BY TDHS |
| H | | | | | • TAMPERING W/ GOV'TAL RECORD MOTION DENIED FOR DISCOVERY DATED: 22 ENERO 03 / 4/1/2003 2 EXHIBITS |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

• COUNTY JUDGE
• TX HOUSE REP
• FEDERAL CONGRESSMAN
• JUSTICE OF PEACE

CITY MANAGER, BPD- CORRUPCION
ASSISTED ME          COMPLAINT
SHERIFF'S MOTION DENIED
ASSIST TO OBTAIN CITACION DISCOVERY
— NO VALID PROCESS ACCOMPLISHED

Page 1 of ___ Pages    REC'D

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EX REL SOUTHERN DISTRICT OF TEXAS (BRN)

UNITED STATES OF AMERICA
QUI-TAM
v.
TX. STATE COURT ORDER
2002-11- JURISPRUDENCE

**EXHIBIT AND WITNESS LIST**

Case Number:

| PRESIDING JUDGE JURIS JAGLEY | PLAINTIFF'S ATTORNEY PRO SE JAMES VIRGEAN QUITAM | DEFENDANT'S ATTORNEY NA |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF NO | DEF NO | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| I | | | | | • TX. STATE COURT ORDER 2002-11-4528-E |
| | | | | | • OAG-0010001441/BRN THE HIGH-LIGHTED AREAS REPRESENT: 1) FALSEHOOD — CONSPIRACY 2) DECEPCION 3) FALSITY — TAMPERING 4) TRICKERY — MANIPULACION 5) MISLEADING STATEMENTS 6) FRAUD — TNAF 7) FUNDAMENTLY FLAWED WORDING MEANT TO DECEIVE. 8) VIOLACIONES OF THE U.S. CONSTITUCION BILL OF RIGHTS GUARANTEES. 9) FRAUD AGAINST FEDERAL AGENCIES, DHHS, CSE, SSA IRS, U.S. TREASURY U.S. CONGRESS G.A.O., INS U.S. MAIL (MONETARY EXTORCION AND DOUBLE-BILLING CREDIT REPORTING AGENCY |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages

J — STATE COURT AUDIO TAPES / U.S. CONST.
REFLECT NO WAIVER OF DEFECTIVE    U.S. STATE DEPT
SERVICE. JUDGE REMARKED THAT
HE DOESN'T REGARD THE U.S. CONSTITUTION, AFTER ASST. ATTY. GEN. GAIL KAHN
                                              INFORMED HIM OF NO PROCESS