ORIGINAL — CLERK PLEASE FILE DATE
B-03-236

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 5 2004

Michael N. Milby
Clerk of Court

JAMES ROBERT PURYEAR, §
*QUI TAM, EL REL.* §
UNITED STATES OF AMERICA, §
    Plaintiff §
 §
V. § CASE NO. B-03-236
 §
TEXAS STATE COURT ORDER §
CAUSE NO. 2002-11-4528-E §
TEXAS OAG # 0010001441; §
    Defendants §

COURTS ORIGINAL, COPY
MOTION TO CONSOLADATE

TO: THE HONORABLE UNITED STATES DISTRICT COURT

Comes now James Robert Puryear Pro Se Qui Tam Ex Rel United States of America and motions this Honorable Court to consolidate this instant case PA937-76 of monetary fraud against the United States Government pursuant to the Federal False Claims Act, U.S. Code 31:3729-30. Said PA937-76 was obtained in documented violation of Federal Requirements and is equally a VOID order of Pennsylvania, over ½ million false claims, or if necessary to grant jurisdictional privilege to U.S. Dist. Ct.

13 July 04
Signature
/s/ James Puryear

P.O.B. 8976
Address
Brownsville Tx 78526
8976

Telephone Number
956.541.0360
956.346.3265 / 16-26-16

Print your name
JAMES PURYEA

February 26, 1999



Lancaster Court
50 North Duke Street
Lancaster, PA 17608-3480

Ms. Jeanette Bowers,

I am requesting two documents from the Lancaster County Court of Common Pleas, located at 50 N. Duke St. under the jurisdiction of the Domestic Relations Division Director public records child support orders. The two court documents pertaining to PA court order no. 937-76- entered by President Judge W. Hensel Brown on 16 and 24 September 1976.

The two documents requested are as follows (If they exist):
- Proof of process (Service)
- Transcripts of proceeding (Hearing)

As required for all child support orders to be obtaining by both Pennsylvania laws and the laws of U.S. Congress.

Pennsylvania:
- PA Act No. 95 (1953) Amended 1972

Public Law 103-383 (Stat 4083) Laws of the 103rd U.S. Congress
- Requirements for child support orders (process and proceedings)

I appreciate it if this is taken care of in a timely matter. If the requested documents don't actually exist, please state to that effect. Please reply to:
James Robert Puryear
964 E. Harrison
Brownsville, TX 78520

Cordially Yours,

*James Robert Puryear*
James Robert Puryear

COPY