# MOTION FOR JUDGMENT

NOW ~~COMES MOVANT~~ JAMES PORYEAR REQUESTS

## 1) EXAMINACION

W/OUT GOING OUTSIDE COURT RECORD

United States District Court
Southern District of Texas
F
JUL 23 2004
Michael N. Milby
Clerk of Court

## 2) FINDING

2002-H-4528E

## VOID ORDER

PURSUANT FRCP #4 (L), (m)

INVOKE > U.S. CONSTITUCION DUE PROCESS REQUIREMENTS IV, V, XIV

## 3) ORDER

- RELIEF AND SANCION
- INJUNCCION
- RETAIN JURISDICCION — FRAUD - TORT - LIABILITY
- GRANT JURISDICTIONAL PRIVILEDGR

James Poryear

B-03-236

## CAMERON COUNTY COMMISSIONERS COURT
## CIVIL LEGAL DIVISION



C. Douglas Wright
Dylbia L. Jefferies Vega
John A. Olson
Attorneys

964 E. Harrison Street
Brownsville, Texas 78520
Telephone: (956) 550-1345

544-0880
550-1340
550-1448

18 June 2004

Mr. Butch Barbosa
U.S. District Clerk
600 E. Harrison St., Ste 101
City 78520

RE:  Cause No. B-03-236
     James Robert Puryear,
     *qui tam, el rel.* United States of America
     v. Texas State Court Order Cause No. 2002-11-4528-E
     and Texas OAG # 0010001441

Dear Mr. Barbosa:

Please be advised that we received correspondence from Mr. Puryear that has a return address of POB 8976, Brownsville TX 78526-8976.

We previously notified the Court that Cameron County's file-marked copy of its original Rule 12(b)(6) Motion and Order to the above-referenced Plaintiff's complaint was returned as undelivered after two notices. Apparently that is still a valid address.

By copy of this letter I am notifying Mr. Puryear of notice. Thanking you for your time and attention, I remain

Yours truly,

John A. Olson
Associate Legal Counsel

C:   File
     Mr. James Robert Puryear
     POB 8976
     Brownsville  TX   78526-8976

C:\puryear.let