UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

James Robert Puryear, Qui Tam
Ex Rel: United States of America

CASE No: B-03-236

v.

- Tx. State Court Order
- CAUSE: 2002.11.4528 E
- OAG: FILE # 0010001441

### MOTION TO WITHDRAW

- Now, comes James R. Puryear, Pro Se, and motions this Honorable Tribunal to withdraw Cameron County Sheriff Conrado M. Cantu name(s) as defendant in this instant case.

- The valid reason (cause) being that the 'word' "defendant" appeared on the only form available in the Clerk's office, and that (to: name and address of defendant could not be "whitened" out on this form, as per Clerk's instruction at the time of filing.

- Only following instruction of the Clerk.

- Although and most relevant — the complaint specifically named what (who) the defendant(s) are, and this (DID NOT) include Sheriff Conrado M. Cantu, or the County, as was clearly explained when personal service was "refused"

Respectfully submitted
James R. Puryear
P.O. Box 2976
Brownsville, TX
956.541.0360 / 346.3265
James R. Puryear

JUEZ RECO ~~ANSWER~~ TO
ESSENTIALS. OF. A. VALID. TX. STATE COURT
TRCP §§ 2., 2.3, (2.6)   2002.11.4528.E
~~NOTE~~   OAG-0010001414
(JUEZ ~~HILDA~~ TAGLE)

BAR. ASSOCIACION. OF. THE. 5TH FEDERAL DIST.
600. CAMP. STREET
NEW. ORLEANS. LOUISIANA 70130
(504) 586-8185
MARY. DOUGLASV. (XO)
• AMERICAN. JURISPRUDENCE (CONSTITUTIONAL LAW)
• OCONNOR'S. FEDERAL. RULES
  1.800. OCONNOR
• TEXAS. LAW. FINDER. (WEST'S)

IF. NO "GOOD. CAUSE" CAN. BE.
SHOWN. FOR. NOT. PRESENTING.
PROOF. OF. SERVICE. THE.
U.S. DIST. CT. MUST. DISMISS. THE.
CAUSE. W/OUT. PREJUDICE
                    FRCP #4(L)(m)
                         #12
A. PLEADING. W/OUT. A. STATEMENT. OF.
CLAIM. IS. NO. VALID. REASON. TO.
DISMISS. TRCP 124. CAMERON CTY-NOT. A. PAR