

Handwritten notes:

JAMES. PURYEAR 956.551.6837
PO BOX 8976 BRNS. TX. 78526.8976
AMERICAN. JURISPRUDENCE
CONSTITUTIONAL. LEY 55360-9
WEST'S. TX. LAW. FINDER
O'CONNOR'S. FEDERAL RULES CIVIL TRIALS
CORPUS. JURIS. SECUNDUM
5A Am JUR 2d §838 - WAIVER BY APPEARANCE

BAR. ASSOC. - 5TH FED. CIRCUIT
B. 03-236
FRCP 1.800. O'CONNOR
COMPLAINTS. AGAINST. INCOMPETENT. JUDGES
28 U.S.C. §351. CHAP. 16. 879
FRCP 12.4 W/OUT VALID. PROCESS NO JUDGMENT
ATTORNEY. ADMISSIONS
UNITED. STATES. DISTRICT. CLERK
P.O. BOX 61010
HOUSTON TX 77208
FRCP 300-316 §§2.4, 2.6

FALSE. FEDERAL. CLAIM
CAUSE 2002.11. 4528-E



ASUNTO: CIVIL ACCION - B-03-236 PLAINTIFF
JAMES R. PURYEAR PRO SE / EX REL. UNITED STATES
PLAINTIFF QUI TAM                        OF AMERICA
TRCP 124 - NO. JUDGMENT W/OUT SERVICE. QUI TAM $37.60
DEFENDANTS - 1.800.OCONNOR
TX STATE. CONST. ORDER CAUSE NO. 2002-11-4528-E
TxRCP-300-31 §§ 2,4,2,6   046 # 001.000.144
                          (BASS FALSE FEDERAL CLAIM)
REPORT AND RECOMMENDATION OF
THE MAGISTRATE JUEZ FELIX RECIO
INCOMPETENT
ANSWER - RECOMMENDATION W/OUT VALIDEF
IN FACT BAD LEY. COMPARE TRCP 124
                                FRCP 4(J),(M)
 AMERICAN JURISPRUDENCE 2d       12(b)(4)-(5)
 CONSTITUTIONAL LAW §§ 360-869
28 U.S. CODE §§ 334-352/CHAP.16 - COMPLAINTS AG...