PROSE QUITAM UNITED. STATES. DISTRICT COURT
JAMES.R.PURYEAR SOUTHERN DISTRICT. OF BRNS. TX
EX REL

UNITED. STATES. OF. AMERICA
PLAINTIFF

V.

TEJAS. STATE. COURT. ORDER
2002-11-4528 E
OAG # 001.1000.1414

CASE. NUMBER
B-03-236
CIVIL

# ANSWER

(SHERIFF CANTU AND/OR COUNTY. NOT. A. PARTY) ERROR

JUECES REGIO AND TAGLE PLEASE. TAKE. NOTE. INORDER. TO. AUDIO. MISUNDERSTANDING

*THE. CT. DUTY. IS. TO. AVOID. ERROR. AND. MISTAKE. AND. TO. CORRECT. SAME.

UNITED. STATES. OF. AMERICA (PLAINTIFF) OBJECCION (ANSWER) AS. TO. WHY. THE. REPORT. AND. RECOMMENDACION. OF. THE. MAGISTRATE, JUE SHOULD. BE. RESCINDED, VACATED, DISCHAR BASED. ON: — THE. FOLLOWING.

1) CLAIM - DEFINED - (BLACK'S. LAW. DICCIONARY) A, REQUEST. TO. RECOVER, FOR. DAMAGES, THEREFORE. NO. STATEMENT. OF. CLAIM. NO. MONETARY. DAMAGES. SOUGHT, RELIEF: ① REDRESS. ② COMPLA
REDRESS: TEST THE LEGAL. SUFFICIENCY ONLY

2) SHERIFF. CANTU. AND/OR. CAMERON. COUNTY. ARE NOT. A. PARTY. TO. THIS. ACCION. IF. ANYTHING. SHERIFF. CANTU WOULD. BE. AN. EXPERT. WITNES CERTAINLY. NOT. A. RESPONDANT/OR. DEFENDANT SHERIFF'S. OPEN. DOOR. POLICY. AFFORDED. ME. A. COPY. OF. THE. ATTACHED. LETTER, DATED. 27. FEB. C

James Puryear, PROSE. QUI TAM. / 956. 551. 6837. / POB 8976. / 78526.8

B-03-236-CIVIL
JRP
SUBMITTED
13 SEP 04

UNITED. STATES. DISTRICT. COURT

SOUTHERN. DISTRICT OF TEXAS
BROWNSVILLE DIVISION

JAMES ROBERT. PURYEAR. QUI TAM
EX REL: UNITED. STATES. OF. AMERICA

CASE. NO.
B-03-236.

V

• TX. STATE. COURT. ORDER

CAUSE: 2002.11.4528 E

• OAG: FILE # 0010001441

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
RECEIVED
2004 MAY 24 PM 1:38
MICHAEL N. MILBY, CLERK

... MOTION. TO. WITHDRAW ...

• NOW, COMES. JAMES. R. PURYEAR. PRO SE. AND. MOTIONS THIS. HONORABLE. TRIBUNAL. TO. WITH. DRAW. CAMERON. COUNTY. SHERIFF. CONRADO. M. CANTU. NAME(S) AS. DEFENDANT. IN. THIS. INSTANT. CASE.

• THE. VALID. REASON (CAUSE). BEING. THAT. THE. 'WORD' "DEFENDANT" APPEARED. ON. THE. ONLY FORM. AVAILABLE. IN. THE. CLERK'S. OFFICE. AND. THAT. (TO: NAME AND. ADDRESS. OF. DEFENDANT COULD. NOT. BE. "WHITENED OUT ON. THIS. FORM. AS. PER. CLERK'S. INSTRUCTION. AT. THE. TIME. OF. FILING.

• ONLY. FOLLOWING. INSTRUCTION. OF. THE. CLERK.

• ALTHOUGH. AND. MOST. REVELANT — THE. COMPLAINT. SPECIFICALLY. NAMED. WHAT. (WHO) THE. DEFENDANT(S). ARE. AND. THIS DID. NOT. INCLUDE. SHERIFF. CONRADO. M. CANTU. OR. THE. COUNTY. AS. WAS. CLEARLY. EXPLAINED WHEN PERSONAL SERVICE WAS "REFUSED" 24 MAYO 04

RESPECTFULLY SUBMITTED
[signature]
P O Box 2976
BROWNSVILLE, TX
956.541.0360 (346.3265
JAMES R. PURYEAR

B-03-236 SUBMITTED AGAIN 13 SRD 04

CIVIL FRP

To Protect & Serve

954 East Harrison Street
Brownsville, Texas 78520
956.550.7290
956.544.0878 Fax

608 East Harrison Street
Harlingen, Texas 78550
956.427.8060
Fax 956.412.1402

CONRADO M. CANTU
Sheriff

DATE: FEB. 27, 2004

CS: JAMES PURYEAR
RE: 2002114528E

DEAR SIR OR MA'AM

Enclosed please find papers for the above entitled and numbered case, in which service was attempted as we were unable to execute, due to:

_____ UNABLE TO OBTAIN INFORMATION AS TO WEREABOUTS OF THIS PERSON.

XXX UNABLE TO LOCATE PERSON IN CAMERON COUNTY. 34 ELEANOR ST. BRO. TX.

_____ MOVED: NEW ADDRESS IS _______________

_____ MOVED: NO FORWARDING ADDRESS AVAILABLE.

_____ WAS RECALLED BY YOUR OFFICE. NO. JUDGMENT W/OUT. VALID. SER. FRCP 4, 12 TRCP 124

XXX OTHER: OFFICER LELINA URIBE WAS UNABLE TO SERVE CITATION, NO CONTACT WITH MR. PURYEAR. HOWEVER, MR. PURYEAR APPEARED IN COURT ON SET DATE JANUARY 24, 2003. a general appearance is made where the defendant waives defects of service and submits to the jurisdiction of court.

If this department may be of any further service do not hesitate to call or write or office.

TRCR 120

Sincerely Yours,

Conrado M. Cantu, Sheriff
Cameron County, Texas

BY: [signature]
MONICA SERRA
CIVIL PROCESS CLERK

CAMERON COUNTY SHERIFF'S DEPARTMENT
*Open Door Policy*

CONT (12)

UNITED. STATES. DISTRICT. COURT
SOUTHERN. DISTRICT. OF. BRNS/TX

• B_03_236 - CIVIL

- LEONEL. ALEJANDRO. 357TH COURT. DID. NOT. RESPOND. TO. 3 WRITTEN. MOTIONS. FOR. DISCOVERY. AND. INTENTIONALLY. IMPAIRED. THE. AVAILABILITY. OF. A. GOVERNMENT. RECORD. WITH. THE. INTENT. TO. DEFRAUD. AND NATURALLY, HARM ¿FOR. WHAT. ELSE. WOULD. IT. BE.? DENIAL. OF. DUE. PROCESS. PROCEDURAL LAW (CJS) (AM. JURISPRUDENCE), (IN EQUITY AND. FRAUD) IN. WHICH. THE. OFFENSE. IS. A. STATE. FELONY (VAIL) (FI

- GILBERTO, ROSASS, DENIED. AN. ORAL. MOTION. TO. EXHIBIT. A. COPY. OF. THE. "SHERIFF'S. CITACION," WHICH. (HE. REFUSED. TO. DO.) FRCP #4 (L)(m) #12 ANOTHER. DENIAL. OF. DUE. PROCESS.

OAG/ GAIL. J. KAHN. ASST. ATTY. GEN. FORMALLY. AND. IN. OPEN. COURT. ON. 24. ENERO. 03 @ 1100 HORA (ON. COURT. AUDIO. TAPE). THAT. "NO. VALID. PROCESS. HAD. BEEN. ACCOMPLISHED." HE. REMARKED. THAT. HE. DIDN'T. CARE. AND. THAT. WHEN. SHOWN. A. COPY. OF. THE. U.S. CONSTITUCION PROVIDED. BY. U.S. FEDERAL. CONGRESSMAN. SOLOMON. P. ORTIZ TX 27TH DIST

• REMARKED. (ON. CT. AUDIO. TAPE). THAT. HE. DISREGARDS. THE. CONSTITUCION. IN. HIS. COURT (STAR-CHAMBER). AND. THAT. HE. IS. THE. LEGISLATURE (JUDGE-MADE LAW) IN. HIS. COURT. ROOM. MOTION. FOR. PRODUCCION OF - PROOF. OVERRULED. (EN EQUITY)

COND (3) UNITED. STATES. DISTRICT. COURT

B-03-236

CIVIL

VRP

SUBMITTED 13SEP04

INCOMPETENT

CREDIBILITY. OF. GILBERTO. ROSAS AND. LEONEL. ALEJANDRO. 357 (INCOMPETENT)

MUST. BE. EXPOSED. TO. THE:

1) FIFTH. JUDICIAL. CIRCUIT.

• CAROLYN. DINEEN. KING. • CHIEF. JUDGE.

B-03-236. PLAINTIFF (USA) CLEARLY. PLEAD. FACTS. SUPPORTING JUDICIAL. INTRIN FRAUD. ON. JUDG OWN DOCKET. ENTRY • PAGINA

HOUSTON

2) SENIOR. CIRCUIT. JUDGE

• REYNALDO. G. GARZA BROWNSVILLE

3) BAR. ASSOCIACION / 5TH FEDERAL

MARY. DOUGLASS - EXECUTIVE. DIRECTOR
600. CAMP. STREET.
NEW ORLEANS. LOUISIANA. 70130
504-586-8185.

4) ROBERT. GIBBS - PRESIDENT

SOUTHERN. DISTRICT. - MISSISSIPPI
BRUNINI - GRAHAM - ETAL
PO BOX DRAWER 119 / JACKSON. MISSISSIPPI 39025
601-960-6861 (601-960-9602 FAX)

CONP (4) UNITED. STATES, DISTRICT, COURT
CIVIL
B-03-236 SUBMITTED 13-SEP-04
JRP

5) ATTORNEY. ADMISSIONS
UNITED. STATES. DISTRICT. CLERK
P. O. BOX 61010
HOUSTON, TX 77208

6) GROUNDS (ADDITIONAL)

- A. CJS AM JUR 2d
WAIVER. APPEARANCE §838 PAGINA 1029
- WESTERN. LIFE. INDEM. CO. V. RUPP.
235 U.S. 261, 59 L ED 220, 35 SCT 37

- B (TRCP 124) AS. COMPARED. TO. TRCP 120
LEGISLATIVE. ORDER.
TO. (ALL) (W/OUT. EXCEPTION)
JUDGES. FEDERAL/STATE,
INCLUDING. ROSAS/ALEJANDRO,

- C 28 U.S.CODE. § 351. COMPLAINTS. AGAINST. INCOMPETENT. JUDGES,
CHAPTER 16
- CONDUCT-PREJUDICIAL. TO. EFFECTIVE. AND. EXPEDITIOUS, ADMINISTRACION. OF. THE. BUSINESS. OF. THE. COURT. AND. UNABLE. TO. RENDER. A. VALID LEGAL. COURT. ORDER. IN. EQUITY, BY. REASON, OF. (1) INCOMPETENCE AND (2) (VOID OF) FULL. UNDERSTANDING. OF. THE. ENGLISH. LANGUAGE. AND (3) (VOID OF AN) COMPLETE UNDERSTANDING. OF. THE. UNITED. STATES OF. AMERICA. CONSTITUTION, IN. ENGLISH. LANGUAGE,

COND (5) UNITED. STATES. DISTRICT. COURT

B-03-236 • D (CASE.LAW. DEVELOPMENT)
SUBMITTED 13 SEP 04 VRP

COMMONWEALTH. V. ALLEN
15. DISTRICT. AND. COUNTY. REPORTS 731-1930
THE. HONORABLE. JURISPRUDENCE. JURIS,
"DISCHARGE, ILLEGAL. COURT. ORDER" MACDADE 16, DIC 1930

• E 5TH. CIRCUIT. REPORTER
ENERO 2002 VOL. 19 NO. 3 Pp 85-150
UNITED. STATES. V. WILLIS,
2001 WL 1402135
5TH CIR., 12 NOVIEMBRE. 2001. COURT. ERR
(SUA-SPONTE) (ERRONEOUSLY INVOKED)
THE. COURT. DID. NOT. CONSIDER, OCONNOR (1.800.OCONNOR)

• PLAINTIFF (USA) IN. ORIGINAL. FILING (B-03-236) PLEAD FACTS (PURSUANT TO! (CONST. US CODE) FRCP 4, 12 TRCP 124) THAT. SUPPORT. JUDICIAL (CLEARLY,) INTRINSIC. FRAUD. ON, THE. DOCKET. ENTRY. PAGINAS OF. GILBERTO. ROSASS. AND LEONEL. ALEJANDRO. 39 MOST. OF. THE. FRAUD, AND, INEQUITY, OCCURRED, EVEN. BEFORE. THE. TRIAL. (STAR. CHAMBER. INQUISITION) AND. ENTRY. OF. FINAL. ORDER, THAT. DID, NOT. MEET. THE. REQUIREMENTS. FOR. A. VALID. ORDER, TRCP §300-15 § 213, 216 OCONNOR,

• THE. ROSASS. COURT. WAS. WITHOUT. LEGALLY. OBTAINED JURISDICCION. TO. ACT. (NO. VOCO. — NO. LOCO. ACTO.)

• ROSASS — INCOMPETENT. OF. ENGLISH. LANGUAGE. AND. U.S. CONS[T]

CONO (6) UNITED. STATES. DISTRICT. COURT
SOUTHERN. DISTRICT. OF. BRNS. TX

B-03-236.
CIVIL

SUBMITTED. F 13SEP03 VRP

FEDERAL. RULE. OF. CIVIL. PROCEDURE 26(b)(5). PROVIDES, THAT. A. PARTY, CLAIMING. A. PRIVILEDGE "SHALL. MAKE. THE. CAUSE. CLAIM EXPRESSLY. AND. SHALL, DESCRIBE, THE. VOID. NATURE. OF TX. STATE. COURT. ORDER. (2002-11-4528-E) BEING. W/OUT. LEGAL/LAWFUL FOUNDACION. (NO. VALID. PROCESS. ACCOMPLISHED.—NO. WAIVERS. OF. ANY. KIND. AND, NO. ADJUDICACION. SOUGHT). TO. SUPPORT THE. FEDERAL, SUPPERSTRUCTURE ie MONETAR. OR. BENEFIT. CLAIMS. TANF, TEXCARE. SSA, ETAL PAGINA 141 (FIFTH. CIRCUIT. UPDATE) AND. THEREFORE. A. WRIT. OF. MANDAMUS. IS. IN. ORDER. TO. DIRECT. THE. TX. STATE. COURT. JUEZ GILBERTO. ROSASS, TO. VACATE. SAID. ORDER. DUE. TO. FRAUDE. AND. ENEQUITY. AND VOID, OF. REQUIRED, JURISDICCION. AND, CONTRARY. TO. THE ESSENTIALS. NECESSARY. FOR. A. VALID. COURT. ORDER.

- STATEMENT, OF. CASE. (NOT. CLAIM): — REQUEST. TO. DETERMINE. THE. LEGAL. SUFFICIENCY OF. TX STATE. COURT. ORDER, 2002-11-4528-E. AND. TO. RETAIN. JURISDICCION. PURSUANT. TO; OTHER. VIOLACCIONES. OF. U.S. CONST. (GUARANTEES (IV. V. XIV) — DUE. PROCESS U.S. CODE (CITED) — FRCP # 4, 12 (CITED)
- STATEMENT OF. CLAIM NOT. MADE. SINCE. NO. MONETARY DAMAGES. ARE. REQUESTED, FOR. RECOVERY. SEE: BLACK'S. LAW. DICCIONARY. FOR. DEFINITION. OF CLAIM.

CONO UNITED STATES. DISTRICT. COURT
(7)
SOUTHERN DISTRICT. OF. BRNS. TX
B-03-236. -CIVIL

SUBMITTED
13 SEP 04
VRP.

THE. REPORT. (FINDING) AND. RECOMMENDACION OF. THE. MAGISTRATE. JUDGE. IS. CLEARLY. (BASED. ON. THE. FOREGOING. ALLEGATIONS) IS. INDISPUTABLY. WRONG AND. STRONGLY. SUGGESTS. INCOMPETENCY (ERROR AND. BIAS. AND. A. PRESUMPTION. OF. PREJUDICE AND. COMPLETE. FAILURE. TO. READ; AND. A. MISUNDERSTANDING.

1) U.S.A. (EX REL) ORIGINAL. PLEADING, INDICATING, AND. IDENTIFYING. THE. NON-ENTITY. DEFENDANT, AND. CITING (WELL-SUPPORTED). THE. INVALIDITY OF. SAID. TX STATE. CT. ORDER FOREMENTION, AS. TO. IT. BEING. VOID. ON. THE SURFACE. W/OUT. GOING. OUTSIDE. OF. THE. RECORD.

AND. REQUEST. SAID. MAGISTRATE. JUEZ. ON. HIS. OWN. MOTION. TO. VACATE. RESCIND. NULLIFY. HIS. OWN. REPORT. AND. RECOMMENDACION, TO. JUEZ. HILDA. TAGLE, ON. THE. GROUNDS, OF. GILBERTO. ROSASS. AND. LEONEL. ALEJANDRO. FLAWED. (FATALLY). CREDIBILITY. AND. EQUALLY INCOMPETENCE, TO. SIT. ON. THE. BENCH. AS. EVIDENCED. IN. VOID. TEJAS. COURT. ORDER, THAT. FORMS. THE. FRAUDULENT. FOUNDACION,

CONT. UNITED STATES DISTRICT COURT
(8) B-03-236 CIVIL SUBMITTED 13 SEPTIEMBRE. BY JRP

FOR. THE. FEDERAL. SUPERSTRUCTURE.

THE. REPORT/RECOMMENDACION. TO. DISMISS "SUA SPONTE" IS. AN. ERROR AND. SHOULD. NOT. (IN. INTEREST. OF. FAIR. ADMINISTRATION. OF. JUSTICE). BE. INVOKED - BUT, UTTERLY - REVOKED. BEING W/OUT. LEGAL FOUNDACION. (LAW/FACT). AND. LACK. OF. UNDERSTANDING. AMERICAN. JURISPRUDENCE THE. COURT. IS. HEREBY. IN. GROSS ERR FOR. ITS. "WEAK" REPORT (TRCP 120 COMPARE TO. LEGISLATIVE TRCP 124 / ORDER, TO. ALL JUECES STATE / FEDERAL AND. UNFOUNDED. RECOMMENDACION

• DAUBERT, PROOF - (PYRAMID) YOUR. REPORT.
• FINAL REPORT OPINION.

5TH CIRCUIT UPDATE
p145

FACTS

A. WEAKNESS. IN. YOUR. REPORT/RECOMMENDACION. ~~FLAWS. THE~~ DULLS. YOUR POIN

E. SECURITIES. FRAUD. LITIGACIONES PAGINAS 146-147

* THE. FIFTH. CIRCUIT. VACATED, THE. DISTRICT. COURT'S. RULING

ULTIMATELY: VOID. ACTS. DON'T. GIVE. RISE. TO VALIDITY. (FRAUDULENT)

GILBERTO. ROSASS. AND. LEONEL. ALEJANDRO 35, VOID. TX. STATE. COURT. ORDER, 2002.11.4528-E. CONSTITUTES. A. CRIMINAL. ACT, AND. VIOLATES. U.S. IMMIGRACION, LEY. NAMELY: STAY. IN. U.S. INDEFINITELY

1) AID/ABET. UNDOCUMENTED. TO. OBTAIN, FEDERAL, ASSISTANCE/BENEFIT.
2) ENCOURAGE. DISREGARD, INS. LEY
3) PROVIDING. CASAS. DE. SEGURIDAD. DE. INDOCUMENTADO



B-03-236 CIVIL
GAO
Accountability * Integrity * Reliability
COMPTROLLER GENERAL WALKER

United States General Accounting Office
Washington, DC 20548

441 "G" ST. N.W. WASHINGTON D.C.
20548.0001
F. 202.512.5507
P. 202.512.5500

June 3, 2003

# Deployment of missile shield is ordered

URL: http://www.GEOCITIES.COM/SEAS_MAR (YAHOO

## Russia boasts future weapons that can penetrate missile defense

## Greenspan warns of high natural gas prices next year

orge W. Bush for President

Notable Quotables

BUSH
CHENEY

Al Qaeda
Army of Terrorists

Energy

"America must have an er needs of today. I believe our environment. We are without an energy policy."

## Congress of the United Stat

House of Representatives
Washington, DC 20515–4327

March 22, 2004

GAO
Accountability * Integrity * Reliability

United States General Accounting Office
Washington, DC 20548

June 3, 2003
B-03-236-CIVIL
Control Number

44331
Eng. James Puryear
P.O. Box 8976
34 Eleanor Court
Brownsville, Texas 78526

RESOURCES

SUBCOMMITTEES
ENERGY AND MINERAL RESOURCES
FISHERIES, CONSERVATION, WILDLIFE, AND OCEANS

B-03-236 SHERIFF CANTU

CIVIL SUBMITTED 13 SEP 04 VRP

ORIGINA

CITATION

THE STATE OF TEXAS
To: JAMES PURYEAR
Residence:
34 ELEANOR ST
BROWNSVILLE, TX 78521

CORE CONCEPT RULE 4(*l*). PROOF OF SERVICE - Where formal service has not been waived, the proc server must present proof of service to the court.

**You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and Petition to Establish the Parent-Child Relationship, a default judgment may be taken against you.**

The accompanying pleading was filed on the ____ day of NOV 13 2002, in the indicated court of CAMERON County, Texas. You are directed to file a written answer to the accompanying pleading on or before 10:00 a.m on the Monday next following the expiration of twenty days after you were served with this citation and accompanying pleading. Title IV-D Master, Hon. Gilberto E. Rosas, will hear this trial.

File Number: 0010001441
Cause Number 2002-11-4528-E
Other parties to the action: THE STATE OF TEXAS
PAULA MALDONADO
VICTOR MANUEL SOLIS-RANGEL

ISSUED under my hand and seal of court this ____ day of NOV 13 2002.

GAIL J. KAHN
ASSISTANT ATTORNEY GENERAL
State Bar No. 11071600
CHILD SUPPORT UNIT 0308E
955 WEST PRICE RD
BROWNSVILLE, TX 78520
Phone (956)544-1751
Fax (956)544-5921
Attorney for Petitioner

DISTRICT COURT CAMERON COUNTY, TEXAS

AURORA DE LA GARZA, District Clerk
CAMERON County, Texas
CHILD SUPPORT DEPT
P O BOX 4119
BROWNSVILLE, TX 78523-4119
By: Janet J. Lopez, Deputy

**SERVICE RETURN**

This process was received on the 11th day of December, 2002, at 9:00 A.m..

[ ] I served a true copy of this process endorsed with the date of delivery, together with the **Petition to Establish the Parent-Child Relationship**, on JAMES PURYEAR in person at his:
[ ] residence;
[ ] place of employment; or
[ ] other ____

on the ____ day of ____, ____ at ____:____ .m.

FILED 11:00 O'CLOCK A M
AURORA DE LA GARZA, DIST. CLERK
JAN 17 2003
DISTRICT COURT CAMERON COUNTY TEXAS
BY Janet J. Lopez DEPUTY

[X] Not executed because left 2 mess no response

FEES: Serving one (1) copy SHERIFF/~~CONSTABLE~~ C. Gamez
Total $____.____ By: ____, County Texas, Deputy

**VERIFICATION OF RETURN (IF NOT SERVED BY PEACE ~~OFFICER~~)**

State of Texas
County of ____

Before me, a notary public, on this ____ day of ____, ____, personally appeared ____, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.

JRP SUBMITTED 13 SEP 04

B-03-236 CIVIL

NCP Name: *JAMES PURYEAR*
CP Name: *PAULA MALDONADO*
OAG Number: **0010001441/BRN**

**CAUSE NUMBER** *2002114528E*

| | | |
|---|---|---|
| IN THE INTEREST OF | § | IN THE *357TH JUDICIAL DISTRICT COURT* |
| *DIEGO PURYEAR* | § | OF |
| A MINOR CHILD | § | *CAMERON* COUNTY, TEXAS |

**WAIVER OF SERVICE**

My name is *JAMES PURYEAR* and my social security number is *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*. I am a party in the above-numbered and entitled cause. My mailing address is:

*34 ELEANOR ST*
*BROWNSVILLE TX 78521*

I acknowledge receipt of copies of the following documents in this cause:

1. Petition to Establish the Parent Child Relationship
2. Waiver of Service.

I have read these documents and understand them. Pursuant to Rule 119, Texas Rules of Civil Procedure, I hereby enter my appearance in this cause for all purposes and waive the issuance and service of process, including citation. I understand that this waiver has the same force and effect as if citation had been issued and served on me as provided by law.

*I HEREBY ACKNOWLEDGE THAT I HAVE BEEN MADE AWARE THAT THIS MATTER IS SET FOR A COURT HEARING ON THE 24th DAY OF January, 2003, AT 8:00 O'CLOCK A.M., IN THE MASTER'S COURT, 1ST FLOOR, CAMERON COUNTY COURTHOUSE, 974 E. HARRISON, BROWNSVILLE, TX 78520.*

______________________________
*JAMES PURYEAR*

**CORE CONCEPT RULE 4(l). PROOF OF SERVICE**

Where formal service has not been waived, the process server must present proof of service to the court.

State of Texas
County of ____

Before me, a notary public, on this ______ day of ________________________, ________, personally appeared, *JAMES PURYEAR*, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are true and correct.

OR. CT. MUST. DISMISS. W/OUT. PREJUDICE. IF. "NO. GOOD. CAUSE." CAN. BE. SHOWN.

B-03-236 CIVIL 13-SEP-04 SUBMITTED VRP

FILED W/. TITE — FEDERAL BUREAU INVESTIGACION WASH. DC

<!--StartFragment-->AS PER ABOVE...Greetings Agent CASSANDRA CHANDLER:
GILBERTO ROSASS...LEONEL ALEJANDRO...LAW PROFESSOR WILLIAM IMMADWARF
IN COLLUSION PURSUANT TO U.S. CODE Title 8 Sec ..on AIDING/ABETTIG
UNDOCUMENTED TO ILLEGALLY OBTAIN FEDERAL MONETARY USING KNOWN STATE
ARTIFICE SUCCESSFULLY....U.S. MAIL FRAUD 5 COUNTS MONETARY EXTORCION
AND THREATS..COMPLAINT FILED WITH POSTAL INSPECTOR ..INS $CAM OPERATED
BY ATTORNEY GENERAL OFFICE @ 955 West PRICE Road ..BROWNSVILLE ..TX
ALSO..CAUSE NO. 2003-06-003154-E .THE STATE OF TEJAS...TO UNKNOWN
OWNERS OF $44,200.00 OF U.S> CURRENCY ...QUESTION ??? IS there a well-
defined PAPER TRAIL ??? @974 E. HARRISON Street ..BROWNSVILLE TX.
ALSO..@ SAME LOCATION is a CERTAIN FILE 1" thick and unaccessible
that ...DISCLOSE INTERNATIONAL DRUG CARTEL ACTIVITES .. I was TOLD
by the RECORDS KEEPER that before I could Request IT VIA Tx OPEN<!--
<!--StartFragment-->RECORDS ACT..FREEDOM OF INFORMATION LEY ..the
RECORD FILE WILL DIS-
appear FORever. THIS IS HAPPENING RIGHT NOW PLEASE CONTCT ME
YESTERDAY. FINALLY .AERIAL WEAPON OF MASS DESTRUCTION IDENTIFIED/CALL
THIS IS IN RESPONSE TO JOINT.CHIEF.OF.STAFF.GEN.MYERS REQUEST.
OF OTHER NATIONAL SECURITY AND ENERGY(IRAK) AND ECONOMIC INTERESTS
PLEASE VISIT MY W/S GEOCITIES.COM/SEAS_MAR (YAHOO)
MY ARCHETIPOS ARE IN FEDERAL CONGRESSMAN SOLOMON ORTIZ'S OFFICE
I BEING A U>S> NAVY ENGINEERING INSTRUCTOR WISH TO G.I.V.E. THIS TO
THE U.S.A. as A GIFT.ie PRESIDENY KENNEDY. ALSO .ANTI-AIRLINE
HI-JACKING METHODS W/MODEL. SAFETY FEATURES FOR NEW PROPULSION
PLANT DESIGN TO REPLACE ALL NUCLEAR SUBMARINES. DISCLOSED TO PRES. FOX
O X. NEW TECHNOLOGY TO COMBAT FORREST FIRES. TORNADOES HURRICANES FAST
NOVEL ENERGY SOURCES AND SYSTEMS BOTH PORTABLE(TRANSPORTATION) AND
STATIONARY. JAIME PEREYRA 956554.3410....16..26..16
matamoros .mejico 956 541

NOTE & DONDE ES. DINERO AHORA?

B-03-236
CIVIL
SUBMITTED JRP
13. SEP. 04
RECIO/TAGLE
"INCOMPETENCY" IN ENGLISH. LANGUAGE
U.S. CONST. LAW
• ENGLISH. LANGUAGE. COMPREHENSION
• C.J.S. AM. JUR
SUA SPONTE
BAR
TRCP 120
CF. TO.
• TRCP 124
• ORIGINAL. PLEADING, NOT. A. PARTY
• MOTION. TO. WIDRAW ...

## CHAPTER 16—COMPLAINTS AGAINST JUDGES & JUDICIAL DISCIPLINE

### §351. Complaints; judge defined

(a) Filing of Complaint by Any Person.—Any person alleging that a judge has engaged in conduct prejudicial to the effective and expeditious administration of the business of the courts, or alleging that such judge is unable to discharge all the duties of office by reason of mental or physical disability, may file with the clerk of the court of appeals for the circuit a written complaint containing a brief statement of the facts constituting such conduct.

INCOMPETENCY

(b) Identifying Complaint by Chief Judge.—In the interests of the effective and expeditious administration of the business of the courts and on the basis of information available to the chief judge of the circuit, the chief judge may, by written order stating reasons therefor, identify a complaint for purposes of this chapter and thereby dispense with filing of a written complaint.

(c) Transmittal of Complaint.—Upon receipt of a complaint filed under subsection (a), the clerk shall promptly transmit the complaint to the chief judge of the circuit, or, if the conduct complained of is that of the chief judge, to that circuit judge in regular active service next senior in date of commission (hereafter, for purposes of this chapter only, included in the term 'chief judge'). The clerk shall simultaneously transmit a copy of the complaint to the judge whose conduct is the subject of the complaint. The clerk shall also transmit a copy of any complaint identified under subsection (b) to the judge whose conduct is the subject of the complaint.

(d) Definitions.—In this chapter—

(1) the term 'judge' means a circuit judge, district judge, bankruptcy judge, or magistrate judge; and

(2) the term 'complainant' means the person filing a complaint under subsection (a) of this section.

History of 28 USC §351: Added P.L. 107-273 §11042(a), Nov 2, 2002, 116 Stat. 1848.

### §352. Review of complaint by chief judge

(a) Expeditious Review; Limited Inquiry.—The chief judge shall expeditiously review any complaint received under section 351(a) or identified under section 351(b). In determining what action to take, the chief judge may conduct a limited inquiry for the purpose of determining—

(1) whether appropriate corrective action has been or can be taken without the necessity for a formal investigation; and

(2) whether the facts stated in the complaint are either plainly untrue or are incapable of being established through investigation.

For this purpose, the chief judge may request the judge whose conduct is complained of to file a written response to the complaint. Such response shall not be made available to the complainant unless authorized by the judge filing the response. The chief judge or his or her designee may also communicate orally or in writing with the complainant, the judge whose conduct is complained of, and any other person who may have knowledge of the matter, and may review any transcripts or other relevant documents. The chief judge shall not undertake to make findings of fact about any matter that is reasonably in dispute.

(b) Action by Chief Judge Following Review.—After expeditiously reviewing a complaint under subsection (a), the chief judge, by written order stating his or her reasons, may—

(1) dismiss the complaint—

(A) if the chief judge finds the complaint to be—

(i) not in conformity with section 351(a);

(ii) directly related to the merits of a decision or procedural ruling; or

CANTU

BAR. ASSOC. – 5TH FED. CIRCUIT

B_03_236

FRCP 1.800.OCONNOR
COMPLAINTS. AGAINST. JUECES INCOMPETANT
28U.S.C. §351 CHAP 16. PAGINA 879
TRCP 124 NO. JUDGMENT W/OUT. VALID. PROCESS

23 USA Carlsbad Caverns National Park, NM

ATTORNEY. ADMISSIONS
UNITED. STATES. DISTRICT. CLERK
P.O. BOX 61010
HOUSTON TX 77208
TRCP 300-316 §§2.4, 2.6

235 US 261. 59 L ED 220, 35 S. CT. 37  01. SEPTIEMBRE. 04
WESTERN. LIFE. INDEM. CO. V. RUPP

JAMES. PURYEAR 956.551.6837
POBOX 8976 BRNS. TX 78526.8976
· AMERICAN. JURISPRUDENCE CONSTITUTIONAL. LEY §§360-9
· WESTS. TX. LAW. FINDER CIVIL
· OCONNORS. FEDERAL RULES TRIALS
· CORPUS. JURIS. SECUNDUM
16A Am JUR 2d §838 – WAIVER BY APPEARANCE

Mr. James R. Puryear
P. O. Box 8976
Brownsville, TX 78526-8976

CHAMBERS OF
Felix Recio, U.S. Magistrate Judge
UNITED STATES DISTRICT COURT
Southern District of Texas
U.S. Federal Building & Courthouse
600 E. Harrison, #203
Brownsville, TX 78520

ASUNTO: CIVIL. ACCION – B_03_236
JAMES. R. PURYEAR. PRO SE / EX REL. UNITED. STATES OF. AMERICA
PLAINTIFF QUI TAM
TRCP 124 – NO. JUDGMENT W/OUT. SERVICE. QUI TAM §37.10
DEFENDANTS – (1.800. OCONNOR)
TX STATE. COURT. ORDER CAUSE NO. 2002-11-4528-E
TxRCP – 300-316 §§2.4, 2.6 OAG # 0010001414
REPORT. AND. RECOMMENDACION. OF.
THE. MAGISTRATE. JUEZ FELIX RECIO
ANSWER – RECOMMENDATION INCOMPETENT W/OUT. VALIDITY
IN. FACT. AND. LEY, COMPARE TRCP 124
· AMERICAN. JURISPRUDENCE 2d FRCP 4(L),(m)
CONSTITUTIONAL. LAW §§360 – 869 12(b)(4)–(5)
28 U.S. CODE. §§334 – 352 / CHAP. 16 – COMPLAINTS. AGAINST. JUDGES AND. JUDICIAL. DISCIPLINE.

B-03-236 ANSWER – MOTION. TO. OBJECT TO R/RM

• REPORT. AND. RECOMMENDACION. OF. THE. MAGISTRATE JUD... MOTION. TO. DISMISS. BE. GRANTED. (RULE 12(b)(6) SUA SPONTE – FAILURE. TO. STATE. A. CLAIM.

· BACKGROUND – THE. ORIGINAL. PLEADING. NAMED. ONLY. THE. VOID TX. STATE. COURT. ORDER. AS. DEFENDANT. AND. WHAT. IS. BEING. SOUGHT IS. TO. "TEST. THE. LEGAL. SUFFICIENCY" OF. SAID VOID ORDER – W/OUT. GOING. OUTSIDE. OF. RECORD. OR. CHAMBE...

· DISCUSSION

A. CAMERON. COUNTY'S. MOTION. TO. DISMISS SUFFICIENCY. OF. HIS. CLAIM. IN. HIS. FAVOR.

B. THE. REMAINING. DEFENDANTS. THE. FACT. THAT. THE. OTHER. "DEFENDANTS" WERE. NO... PROPERLY. SERVED. REGARDLESS. OF. THE. PROPRIETY. OF. SERV... HOWEVER. THIS. CT. IS. PREPARED. TO. SUGGEST. A. COURSE. O... ACCION. FOR. DEALING. W/REMAINDER OF. THIS. CASE.

• RECOMMENDACION

• THE. RECOMMENDACION. OR. "RELIEF." IF. YOU. WANT. TO. CALL. IT. THAT, – IS – ONLY. TO. "TEST. THE. LEGAL. SUFFICIENCY". THAT. IS. THE. STATEMENT. OF. THIS. CASE. (ACCION). AND. TO. RETAIN. CAUSE. (NO. STATEMENT. OF. CLAIM. REQUESTING. RECOVERY. FOR. DAMAGE...

• NOTICE. TO. PARTIES

TECHNICALLY (IRONICALLY) – IF NONE. OF. THE. OTHERS. HAVE. BEEN. SERVED. PROPERLY. THE. COURT. IS. ALSO. W/OUT. LEGAL. JURISDICCION. PLEASE. SEE: MOTION TO. W/DRAW

• ORDER. ADOPTING. THE. REPORT. AND. RECOMMENDATION OF. THE. MAGISTRATE. JUDGE. RECID SAT 18 SEP IS. NOT. WARRANTED. ON. ITS. FACE.

RESPECTFULLY THE. U.S.A. (PLAINTIFF)
QUI TAM PRO/SE
JAMES. PURYEAR 13. SEP. 04
1877 TX COAST ADOPT A BEACH
POB. 8976 BRNS 78526

B-03-236 (Civil) JRP ANSWER SUBMITTED 13-SEP-04

CLAIM-DEFINED. (BLACK'S. LAW. DICCIONARY)

A. REQUEST. TO. RECOVER. FOR. DAMAGES

THEREFORE-THERE. IS. NO. STATEMENT OF. CLAIM. NO. MONETARY DAMAGES SOUGHT.) NO. VALID. REASON. FOR. RECOMMENDACION. TO. DISMISS. RATHER. THAN. WHAT. YOU. REFER. AS. TO. "RELIEF" HAS. BEEN. WELL-STATED. IN. THE. ORIGINAL (TRCP 124) PLEADING (REDRESS, NOT. RELIEF) OR CLAIM (FRCP 4, 12) ONLY. TO. TEST. THE LEGAL. SUFFICIENCY. OF. A. VOID TX STATE COURT. ORDER" (STATEMENT. OF CASE (CAUSE)

NO. VALID. SERVICE.

THE ORDER. IS. VOID. ON. THE SURFACE. W/OUT. GOING. OUTSIDE. OF. THE RECORD. OR. CHAMBER. SEE: SHERIFF'S DEPT. LETTER

ON. FILE IS. A. MOTION. TO-W/DRAW. THE COUNTY'S NAME. (ERROR) NO. OTHER FORMS. AVAILABLE. IN. CLERK'S. OFFICE IF ANYTHING—SHERIFF CANTU'S OPEN. DOOR. POLICY

B-03-236 EXCERPT - SUBMITTED. 13 SEP. 04

TRCP 124

CIVIL JRP

case. According to the Texas Rules of Civil Procedure, a personal appearance in open court "shall have the same force and effect as if the citation had been duly issued and served as provided by law." Tex.R.Civ.P. 120. TRCP 124

Because the state court record clearly shows that Puryear appeared before the trial court and because the record does not indicate that a special appearance was filed, it is clear that Plaintiff cannot state a claim regarding improper service of process. In other words, even the most sympathetic reading of Plaintiff's pleadings uncovers no facts that would subject the present defendants to liability. *Jacquez*, 801 F.2d at 791-92. Accordingly, the defendant's 12(b)(6) motion to dismiss should be granted.

2 DIAS. REQUIRES

ACTION - REQUESTING. RECOVERY. FOR. DAMAGES.

NONE - ISSUE

CASE. LAW. DEVELOPMENT. BELOW.

a LEGISLATURE.(IVE) ORDER TO. ALL. JUECES. TO. OBEY.

**TRCP 124. NO JUDGMENT WITHOUT SERVICE**

In no case shall judgment be rendered against any defendant unless upon service, or acceptance or waiver of process, or upon an appearance by the defendant, as prescribed in these rules, except where otherwise expressly provided by law or these rules. "Rules relating to service of process are mandatory, and a failure to comply therewith, if a judgment be rendered against a party who was not served in accordance with those rules (and who did not waive service of citation or appear voluntarily) renders the judgment void."

CAUSE: 2002.11.4528-E

OAG #001.1000.1414

SHERIFF. CANTU AND. COUNTY. NOT. A. PARTY. SEE: (MOTION. TO. W/DRAW) FILED. 24. MAYO. 04 W/. CLERK. OF. THE. COURT

**TRCP 120. ENTERING APPEARANCE**

The defendant may, in person, or by attorney, or by his duly authorized agent, enter an appearance in open court. Such appearance shall be noted by the judge upon his docket and entered in the minutes, and shall have the same force and effect as if the citation had been duly issued and served as provided by law.

See *Commentaries*, "Default Judgment," ch. 7-A.
History of TRCP 120: Adopted eff. Sept. 1, 1941, by order of Oct. 29, 1940 (3 Tex.B.J. 543 [1940]). Source: TRCS art. 2046 (repealed).

***Mays v. Perkins***, 927 S.W.2d 222, 225 (Tex.App.—Houston [1st Dist.] 1996, no writ). "A defendant's appearance before a court generally indicates a submission to the court's jurisdiction. However, the mere presence in court by an attorney, retained as counsel by a person formerly a party to the lawsuit, does not constitute a general appearance, unless the attorney seeks a judgment or an adjudication on some question."

***Gonzalez v. Phoenix Frozen Foods, Inc.***, 884 S.W.2d 587, 589 (Tex.App.—Corpus Christi 1994, no writ). "A defendant's appearance in open court shall have the same force and effect as if the citation had been duly issued and served as provided by law."

**TRCP 120a. SPECIAL APPEARANCE**

RULE 4(m). TIME LIMIT FOR SERVICE

REQUEST TO RETAIN JURISDICTION (OR. INTERSTATE. PRIVILEGES) SOUTHERN DIST (TIMBER) PA937 76 DOCKET BOOK #17 PAGE #52

| United States District Court | District BROWNSVILLE, TX |
|---|---|
| Petitioner (~~name under which convicted~~) EX REL. UNITED. STATES. OF AMERICA JAMES. PURYEAR PRO SE QUI TAM | v. Respondent (~~authorized person having custody of petitioner~~) VOID TX STATE. CT. ORDER 2002.11.4528-E |
| The Attorney General of the State of: TX JOHN. ASHCROFT 600. EAST. HARRISON. ST. BRNS 78520 | Case No. GAO-0010001441 B-03-236 |

B-03-236
CIVIL
JRD
SUBMITTED
13 SEP 04

(a) Responsibilities of the Attorney General. -

The Attorney General diligently shall investigate a violation under section 3729. If the Attorney General finds that a person has violated or is violating section 3729, the Attorney General may bring a civil action under this section against the person.

(b) Actions by Private Persons. -

(1)

A person may bring a civil action for a violation of section 3729 for the person and for the United States Government. The action shall be brought the name of the Government. The action may be dismissed only if the cour and the Attorney General give written consent to the dismissal and their reasons for consenting.

GAO
Accountability • Integrity • Reliability
United States General Accounting O
Washington, DC 20548

June 3, 2003

Control Number

44331

Mr. James Puryear
34 Eleanor Court
Brownsville, Texas 78521

(2)

A copy of the complaint and written disclosure of substantially all material evidence and information the person possesses shall be served on the Government pursuant to Rule 4(d)(4) of the Federal Rules of Civil Procedure. The complaint shall be filed in camera, shall remain under seal for at least 60 days, and shall not be served on the defendant until the cou so orders. The Government may elect to intervene and proceed with the action within 60 days after it receives both the complaint and the material evidence and information.

(3)

The Government may, for good cause shown, move the court for extensions of the time during which the complaint remains under seal unde paragraph (2). Any such motions may be supported by affidavits or other submissions in camera. The defendant shall not be required to respond to any complaint filed under this section until 20 days after the complaint is unsealed and served upon the defendant pursuant to Rule 4 of the Federal Rules of Civil Procedure.

Award to Qui Tam Plaintiff. -

[illegible] proceeds with an action brought by a person unde subsection (b), such person shall, subject to the second sentence of this paragraph, receive at least 15 percent but not more than 25 percent of tl proceeds of the action or settlement of the claim, depending upon the ex to which the person substantially contributed to the prosecution of the action. Where the action is one which the court finds to be based primari on disclosures of specific information (other than information provided by the person bringing the action) relating to allegations or transactions in a criminal, civil, or administrative hearing, in a congressional, administrativ or Government [1] Accounting Office report, hearing, audit, or investigati or from the news media, the court may award such sums as it considers appropriate, but in no case more than 10 percent of the proceeds, taking

STATE COMMISSION ON JUDICIAL CONDUCT
PO Box 12265
Austin, TX 78711-2265

512/463-5533
877/228-5750 Toll-free

For SCJC use only

# COMPLAINT FORM

*If you are filing a complaint about more than one judge, please use a separate form for each judge.* GILBERTO ROSASS LEONEL ALEJANDRO

**Please type or print the details of your complaint on the reverse side**

Your name: JAMES PURYEAR
Mailing Address: 34 ELEANOR COURT
City, State Zip: BROWNSVILLE TX 78521
Date of Birth: ________ TX Driver's License: 5356654
Social Security #: ________
Your Phones: Day (956) 346.3265 Evening (____) ________
Cell/Other (956) 541.0360 Best time to call you: NOW A.M./P.M.

Judge: GILBERTO ROSASS
Court Number: MASTER COURT, BROWNSVILLE CITY
City and County: CAMERON COUNTY

**If your complaint involves a court case, please provide the following information:**

Cause Number: 2002 11 4522E
Status of your case: ☐ Pending ☑ Concluded 27.MAR20.03 ☐ On appeal
Your attorney: TRCP 99 (120a) (124)
Address: ROSASS CT WAS W/OUT
City/Zip: LEGAL JURISDICTION
Phone Number(s): FOR HIS VOID ORDER
Opposing Attorney: FRAUDULENT COVER-UP
Address: ________
City/Zip: ________
Phone Number(s): ________

PLEASE FILL IN ALL INFORMATION AVAILABLE FOR ANY WITNESSES (OAG) (attach additional pages as needed)

Name: GAIL J. KAHN BAR# 11071600
Address: 955 PRICE RD BRNV
Phone Number(s): 956.544.0385/546.1054
What did this person witness? BOTH IN CRIMINAL CONSPIRACY W/ GILBERTO ROSASS AND LEONEL ALEJANDRO TO COMMIT FALSITY TAMPERING OF GOVT RECORD

Name: WARD WILLIAM ELMENDORPH BAR# 06585863
Address: PO BOX 5071 78523.5071
Phone Number(s): 956.546.1054
What did this person witness? INTENTIONAL JUDI FRAUD TO KNOWINGLY DEFRAUD/HARM RULE OF BAR 8.03 REPORTING MISCON

**If you are submitting documents, please provide copies, not originals.**

*I understand that as part of the Commission's investigation the judge may be provided a copy of this complaint.* Please note – the Commission will do its best to maintain your confidentiality, **if you so request**. However, it may not be possible for us to pursue our investigation without revealing your identity at some point. If it is necessary to reveal your identity directly to the judge, we will advise you before proceeding.

**I request that my identity be kept confidential.** Yes _____ No ✓

Signature: [signature] Date: 27.MAR20.04

**How did you hear about the State Commission on Judicial Conduct?** (*please select one*) ☐ State Bar of Texas ☐ Another State agency ☐ News media ☐ Attorney ☐ Friend ☑ Other: H. MATAMOROS TAM MEXICO

**Please type or print the details of your complaint on the reverse side**



BAR. ASSOC. – 5TH FED. CIRCUIT

B_03_236

FRCP 1.800.OCONNOR

COMPLAINTS. AGAINST. JUECES INCOMPETANT

28 U.S.C. §351 CHAP 16. PAGINA 879

TRCP 124 NO. JUDGMENT W/OUT. VALID. PROCESS

23 USA Carlsbad Caverns National Park, NM

ATTORNEY. ADMISSIONS

UNITED. STATES. DISTRICT. CLERK

P.O. BOX 61010

HOUSTON TX 77208

TRCP 300-316 §§2.4, 2.6

JAMES. PURYEAR 956.551.6837

POBOX 8976 BRNS. TX 78526.8976

AMERICAN. JURISPRUDENCE CONSTITUTIONAL. LEY §§360-9

WEST'S. TX. LAW. FINDER CIVIL

O'CONNOR'S. FEDERAL RULES TRIALS

CORPUS. JURIS. SECUNDUM

6A Am JUR 2d §838 – WAIVER BY APPEARANCE

235 US 261. 59 L ED 220, 35 S. CT. 37

WESTERN. LIFE. INDEM. CO. V. RUPP

01. SEPTIEMBRE. 0

Mr. James R. Puryear
P. O. Box 8976
Brownsville, TX 78526-8976

CHAMBERS OF
Felix Recio, U.S. Magistrate Judge
UNITED STATES DISTRICT COURT
Southern District of Texas
U.S. Federal Building & Courthouse
600 E. Harrison, #203
Brownsville, TX 78520

**STATEMENT. OF. CAUSE – 2002.11.4528 IS. VOID. TEST. LEGAL. SUFFICIENCY ONLY**

ASUNTO: CIVIL. ACCION – B_03_236

JAMES. R. PURYEAR. PRO SE / EX REL. UNITED. STATES OF. AMERICA
PLAINTIFF QUI TAM

TRCP 124 – NO. JUDGMENT W/OUT. SERVICE. QUI TAM §37.10

DEFENDANTS – (1.800.OCONNOR) FRAUD. INEQUITY

TX STATE. COURT. ORDER CAUSE NO. 2002-11-4528-E OAG # 0010001414

TX RCP – 300-316 §§2.4, 2.6

REPORT. AND. RECOMMENDACION. OF. THE. MAGISTRATE. JUEZ FELIX RECIO

ANSWER – RECOMMENDATION INCOMPETENT W/OUT. VALIDITY IN. FACT. AND. LEY. COMPARE TRCP 124

AMERICAN. JURISPRUDENCE 2d CONSTITUTIONAL. LAW §§360-869 FRCP 4(L), (m) 12(b)(4)-(5)

28 U.S. CODE. §§334-352 / CHAP. 16 – COMPLAINTS. AGAINST. JUDGES AND. JUDICIAL. DISCIPLINE.

**CAUSE — 2002_11_4528-E**

**COLLUSION GILBERTO. ROSASS LEONEL. ALEJANDRO 35**

**TEJAS. STATE. COURT. ORDER. FORM: THE. FRAUDULENT. FOUNDACION. F. THE. DHHS. TEXCARE. FEDERAL SUPERSTRUCTURE. NOW. MEDICA**

CHAMBERS OF
Felix Recio, U.S. Magistrate Judge
UNITED STATES DISTRICT COURT
Southern District of Texas
U.S. Federal Building & Courthouse
600 E. Harrison, #203
Brownsville, TX 78520

Mr. James R. Puryear
P. O. Box 8976
Brownsville, TX 78526-8976

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

5TH. JUDICIAL. CIRCUIT
CAROLYN. DINEEN. KING
CHIEF. JUDGE
HOUSTON

CERTIORARI

REYNALDO. G. GARZA
SENIOR. CIRCUIT. JUEZ
BROWNSVILLE

# BAR ASSOCIATION OF THE FIFTH FEDERAL CIRCUIT

600 Camp Street
New Orleans, Louisiana 70130
(504) 586-8185
MARY DOUGLASS, Executive Director

## Officers

Robert Gibbs, President
Rosemary T. Snider, Secretary
Don Richard, Treasurer

## Editor of the Reporter

Sidney Powell
Powell & Reggio
9605 Jefferson Hwy.
River Ridge, Louisiana 70123
(504) 738-0803
(504) 738-0844 Fax

## Charter Governors

Robert G. Pugh
Pugh, Pugh & Pugh
333 Texas Street, Suite 2100
Shreveport, Louisiana 71101
(318) 227-2270
(318) 227-2273 Fax

Lawrence J. Franck
Butler, Snow, O'Mara, Stevens & Cannada
P. O. Box 22567
Jackson, Mississippi 39225-2567
(601) 948-5711
(601) 949-4555 Fax

Frank W. Hunger
Long, Aldridge & Norman
701 Pennsylvania Ave., NW
Washington, DC 20004
(202) 624-1290
(202) 624-1298 Fax

Don M. Richard
Attorney at Law
701 N. Causeway Blvd.
Metairie, Louisiana 70001
(504) 834-9882
(504) 831-5360 Fax

## District Governors

Seagal V. Wheatley
Western District of Texas
Jenkens & Gilchrist, PC
1400 Frost Bank Tower
100 West Houston
San Antonio, Texas 78205
(210) 246-5635
(210) 246-5999 Fax

Michael Lowenberg
Northern District of Texas
Akin, Gump, Strauss, Hauer & Feld, L.L.P.
1700 Pacific, Suite 4100
Dallas, Texas 75201
(214) 969-2800
(214) 969-4343 Fax

Otis Carroll
Eastern District of Texas
Ireland, Carroll, et al.
6101 S. Broadway, Suite 500
Tyler, Texas 75703
(903) 561-1600
(903) 581-1071 Fax

Jorge C. Rangel
Southern District of Texas
The Law Offices of Jorge C. Rangel, P.C.
615 Upper North Broadway, Suite 900
Corpus Christi, Texas 78403
(512) 883-8500
(512) 883-2611 Fax

PITNEY BOWES
02 1P $00.370 0004547094 AUG 31 2004 MAILED FROM ZIP CODE 78520

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010

CHAMBERS OF
Felix Recio, U.S. Magistrate Judge
UNITED STATES DISTRICT COURT
Southern District of Texas
U.S. Federal Building & Courthouse
600 E. Harrison, #203
Brownsville, TX 78520

B-03-236 Civil File Date

- Experian
  *www.experian.com*
  Report fraud: 1-888-397-3742
  Order a credit report:
  (888) EXPERIAN (397-3742)
  P.O. Box 1017
  Allen, TX
  75013-0949
- Trans Union
  *www.tuc.com*
  Report fraud: 1-800-680-7289
  Order a credit report: (800) 916-8800
  Fraud Victim Assistance Department
  P.O. Box 6790
  Fullerton, CA 92834

To remove incorrect information from your records, you should contact and follow up with a letter, with each involved:

- credit bureau;
- creditor;
- employer; and
- government agency.

You'll want to check your credit report annually for errors. Keep copies of :

- your correspondence;
- records of your telephone calls; and
- other documents showing your efforts to correct the problem.

## Can I Get A New Social Security Number?

If you can prove that you're being disadvantaged because someone used your Social Security number, visit your local Social Security office to request a new one. If you've done all you can to fix the problem and someone is still using your number, under certain circumstances, we may assign you a new number. We can't guarantee, however, that a new number will solve your problem.

A new Social Security number will **NOT** be assigned if you:

- intend to avoid the law or your legal responsibility;
- commit fraud or a criminal action;
- intend to avoid disclosing a poor credit or criminal record;
- filed for bankruptcy; or
- have lost your Social Security card or it was stolen, but there is no evidence that your number is being used by someone and you're being disadvantaged by that use.

## Can I Do Anything Else?

You can file a complaint about identity theft with the Federal Trade Commission (FTC). Information you provide can help the FTC and other law enforcement agencies track, investigate and prosecute identity thieves. You can file a complaint with the FTC by:

Internet — *www.consumer.gov/idtheft*
Telephone — 1-877-IDTHEFT (438-4338)
TTY — 202-326-2502
Or, write to:
Identity Theft Clearinghouse
Federal Trade Commission
600 Pennsylvania Avenue, NW
Washington, DC 20580

**Social Security Administration**
SSA Publication No. 05-10064
June 2001 *(Recycle prior editions)*
ICN 463270
Unit of Issue: HD(one hundred)

Printed on recycled paper *U.S.G.P.O.: 2002 —491-700/40030

# Social Security

## When Someone Misuses Your Number

www.ssa.gov

B-03-236-CIVIL

Procedure on identity thief steps to prevent the other person from continuing to use your social security number.

1) If at anytime you or one of your family members have had your social security card stolen, you must make and obtain a police department report of theft. This report will help you in your development and correction of your social security number record.

2) Obtain a Credit Bureau record history of the social security number, review the list of banks, credit card and department store financial reports enclosed and protest any financial discrepancies problems that are not yours.

3) From the credit bureau record obtain the residence address of the individual / s that are using your social security number.

4) If you have not received a letter from the IRS (Internal Revenue Service), try to obtain one so you may know the work address of the individual / s that are using your social security number.

5) With this information, the residence and the work address, you can now contact the INS (Immigration & Naturalization Service) office of that area (see the internet under www.ins.gov for the INS address of the city of the individual/s that are using your number and press charges to have the person arrested.

6) Contact the your local DPS (Department of Public Safety, Driver's License Office) and show them the address/s you obtained and advise them that you want to place a warrant of arrest for the other individual/s due to identity theft and to take away the documents that belong to you from that person.

7) If the other individual/s are not arrested sooner or later they will purchase big ticket items and or ruin your credit financial history.

I can assure you that once the other individual/s using your social security number and identification is/are arrested or detained, he / she will think twice before using it again.

GREAT WEB INFO.com

## Your Credit Report & Score- Are They Correct?

Your credit report and score can open the door to getting a new house, rebuilding your credit, or getting that new job. Why view your credit report? Sometimes creditors make mistakes on your credit file. Also someone may be using your credit (identity theft) to make purchases in your name. Low credit scores can increase your interest rate costing you extra dollars. A credit check-up will help you keep a healthy credit file and peace of mind. Get your report today!

357 LEONEL ALEJANDRO
GILBERTO ROSASS

Click Here for your FreeCreditReport.com Credit Report!

955 WEST PRICE ROAD

## Click Here for Your Free Credit Report!

ANSWER YOUR CREDIT QUESTIONS INSTANTLY
FreeCreditReport.com

### Credit Report Purchase Options

Before you
apply for
that loan ..

Single Credit Report | 3 Bureau Online Report | Equifax, Experian, TransUnion 3 Reports with Credit

Free Credit Score!

ODG. FAKE CREDIT REPORT (FRAUD)
FALSITY
COLLUSION AUTORS TAMPERING
GAIL J. KAHN
357TH LEONEL ALEJANDRO
GILBERTO. ROSASS
WARD. IRMAD WARE
A/G. GREG. ABBOTT'S. PEOPLE

ADDRESS
Cameron County Courthouse Judicial Building 974 E. Harrison

Get ... report now!

Click the 3 Bureau Online Credit Report for your complete cre...

BAR# 11071600/06588300

The CreditCheck Monitoring Service gives you *unlimited* free copies of your credit report. "Monthly Monitoring Alerts" inform you of changes, inquiries, and possible credit fraud. You'll receive a newsletter with credit management advice and much more. Free credit report for trying this service. Credit scores too!

COURT

Click Here to Get Your FreeCreditReport.com Credit Report!

FREE CREDIT REPORT ONLINE CLICK HERE

Free Credit Report