UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT - 6 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| JAMES R. PURYEAR, § | |
| Plaintiff § | |
| § | |
| v. § | CIVIL ACTION NO. B-03-236 |
| § | |
| CAUSE NO. 2002-11-4528-E, et al., § | |
| Defendants. § | |

### ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Before the Court is the Report and Recommendation of the Magistrate Judge in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. It is therefore ORDERED, ADJUDGED, and DECREED that Cameron County's 12(b)(6) Motion to Dismiss (Docket No. 2) is hereby GRANTED. Furthermore, the remainder of the cause of action is hereby DISMISSED sua sponte for failure to state a claim.

IT IS SO ORDERED.

DONE at Brownsville, Texas this ____ day of October_____, 2004.

Hilda G. Tagle
United States District Judge