**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**



United States District Court
Southern District of Texas
ENTERED

OCT - 5 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JAMES R. PURYEAR | * | |
| VS | * | CIVIL ACTION NO. B-03-236 |
| CAUSE NO. 2002-11-4528-e, ET AL | * | |

## ORDER STRIKING DOCUMENT

The Clerk has filed your **"TAPES AND OTHER WRITINGS"**; however, it is deficient as checked.

(L.R. refers to the Local Rule of this District.

1. \_\_\_\_  Complaint lists more than one attorney, but does not designate the attorney-in-charge (LR 11.1).

2. \_\_\_\_  Filing is not signed by, or by permission of, the attorney-in-charge. (LR 11.3).

3. \_\_\_\_  One or more of the following are not included beneath the attorney's signature:
    (a)  state bar number; or
    (b)  Southern District of Texas Federal Bar Number; or
    (c)  office address including zip code; or
    (d)  telephone and facsimile numbers with area codes (LR 11.3(A)).

4. \_\_\_\_  A copy of the filing was not provided (LR.5.2).

5. \_\_\_\_  No certificate of service, or an explanation why service is not required (LR 5.4, CrLR 12.4)

6. \_\_\_\_  No certificate of conference, and the motion is not a motion to dismiss, a motion for summary judgment, a motion for a more definite statement, or a motion to strike (LR 7.1(D), CrLR 12.2)

7. \_\_\_\_  Motion is unopposed, and does not state "unopposed" in its caption (LR 7.2, CrLR 12.2).

8. \_\_\_\_  A separate proposed order was not attached (LR 7.1, CrLR 12.2).

9. ✓  Other: **The Court received a collection of unintelligible tapes without reference to their significance to the proceedings before the Court. The tapes are not motions of any kind and cannot be accepted as evidence without the proper procedures as per the Rules of Evidence.**

The Plaintiff is hereby ORDERED not to file additional "tapes or other writings" without prior authorization from this Court.

The "Tapes and Other Writings" are stricken from the record.

Date: October 5, 2004

_____
Felix Recio, United States Magistrate Judge